COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-10-00268-CV |
| IN THE INTEREST OF | § | Appeal from |
| E.K.S. AND B.P.H., IV, CHILDREN. | § | 109th District Court |
| | § | of Andrews County, Texas |
| | § | (TC # 18,037) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice.

November 30, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.